No. 12–6690.  YOSHIMOTO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–6699.  WESTBROOK v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–6701.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–6702.  TRIPP v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–6705.  BARNES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–6707.  WILLIAMS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 12–6710.  CASANOVA, AKA ALVAREZ, AKA ROSSOVA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–6711.  CRAWLEY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–6718.  TAYLOR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–6723.  AIDOO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–6725.  ADAMS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–6728.  JOHNSON v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 12–6729.  RICHARDS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 12–6730.  RAMIREZ-SALAZAR v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 12–6734.  COOK v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.